UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>    Plaintiff,<br><br> v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>    Defendants. | Case No. 17-cv-06814-SI<br><br>**JUDGMENT** |

  This action is dismissed because it was filed in the wrong venue.

  **IT IS SO ORDERED AND ADJUDGED**.

Dated: January 25, 2018

_____

SUSAN ILLSTON
United States District Judge